Humberto M. Guizar, Esq., (SBN 125769)
Kent M. Henderson, Esq. (SBN 139530)
Angel Carrazco, Jr., Esq., (SBN 230845)
**GUIZAR, HENDERSON & CARRAZCO, L.L.P**.
18301 Irvine Boulevard
Tustin, CA 92780
Telephone No.: (714) 541-8600
Facsimile No.:   (714) 541-8601

Attorneys for Plaintiff, DIANA ALVAREZ

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA ALVAREZ, in their individual capacity and as successor in interest to ANTHONY ACEVES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF ORANGE; and DOES 1 TO 10, inclusive,<br><br>　　　　　Defendants.<br>_____ | **CASE NO.: 8:19-cv-02072-JAK-JDE**<br><br>**AMENDMENT TO COMPLAINT NAMING DOE 10 AS WENDY WILFERT** |

1
**AMENDMENT TO COMPLAINT NAMING DOE 10**

Upon the filing of the complaint, the Plaintiff being ignorant of the true names of the following defendants and having designated the defendants in the complaint by fictitious names, hereby identifies them by their true names as follows:

DOE 10:  WENDY WILFERT

Dated:  September 23, 2020

**GUIZAR, HENDERSON & CARRAZCO, L.L.P.**

By  /S/ Kent M. Henderson
HUMBERTO GUIZAR
KENT M. HENDERSON
ANGEL CARRAZCO, JR
Attorneys for Plaintiff
DIANA ALVAREZ