1  Tracy M. Lewis (State Bar No. 232985)
   tlewis@wshblaw.com
2  **WOOD, SMITH, HENNING & BERMAN LLP**
   6A Liberty Street, Suite 200
3  Aliso Viejo, California 92656
   Phone: 949-757-4500 ♦ Fax: 949-757-4550
4
5  Attorneys for Defendants, MICHAEL FITZGERALD and
   KWAME BUABENG, M.D. (erroneously named as
   KWAME BAUBENG, M.D.)
6
7
8            **UNITED STATES DISTRICT COURT**
9            **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| DIANA ALVAREZ, in their individual capacity and as successor in interest to ANTHONY ACEVES,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE; TYLER HILSABECK; FANY RIVERA; DUPTY S. ACEVEDO; LLOYD NGUYEN; STEVEN ALEGRIA; JANNET CASTELLANO; RIGEL MACIAS; MICHAEL FITZGERALD; KWAME BAUBENG, M.D.; WENDY WILFERT; J. ASCENCION-SAHAGUN; BRIAN KUNST and DOES 1 TO 10, inclusive,<br><br>    Defendants. | Case No. 8:19-cv-02072-JAK-JDE<br><br>Hon. John A. Kronstadt<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Trial Date:    None Set |

22      IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES
23  HERETO, BY THEIR ATTORNEYS OF RECORD:
24      IT IS HEREBY STIPULATED by and between Plaintiff, DIANA
25  ALVAREZ, in her individual capacity and as successor in interest to ANTHONY
26  ACEVES and Defendants, COUNTY OF ORANGE; TYLER HILSABECK; FANY
27  RIVERA; S. ACEVEDO; LLOYD NGUYEN; STEVEN ALEGRIA; J.
28  CASTELLANO; R. MACIAS; W. WILFERT; J. ASCENCION-SAHAGUN; B.

21795072.1:10652-0096

KUNST; MICHAEL FITZGERALD, and KWAME BUABENG, M.D. (erroneously named as KWAME BAUBENG, M.D.) (collectively hereinafter "Defendants"), as follows:

1. The above entitled action and all claims and causes of action thereof shall be dismissed with prejudice as to all Defendants.

2. The Court shall retain jurisdiction over the matter in order to enforce the Settlement Agreements as needed.

This Stipulation may be executed in counterpart, and a faxed signature shall be deemed as valid as an original.

**IT IS SO STIPULATED AND REQUESTED**

DATED: August 3, 2021          GUIZAR, HENDERSON & CARRAZCO, LLP

By: */s/ Humberto M. Guizar*
HUMBERTO M. GUIZAR
KENT M. HENDERSON
ANGEL CARRAZCO, JR.
Attorneys for Plaintiff, DIANA ALVAREZ, in their individual capacity and as successor in interest to ANTHONY ACEVES

DATED: August 3, 2021          WOOD, SMITH, HENNING & BERMAN LLP

By: */s/ Tracy M. Lewis*
TRACY M. LEWIS
Attorney for Defendants, MICHAEL FITZGERALD and KWAME BUABENG, M.D. (erroneously named as KWAME BAUBENG, M.D.)

| | | |
|---|---|---|
| 1 | DATED: August 3, 2021 | WOODRUFF, SPRADLIN & SMART, APC |
| 2 | | |
| 3 | | By: ___*/s/ Brian A. Moore*___ |
| 4 | | DANIEL K. SPRADLIN<br>BRIAN A. MOORE |
| 5 | | Attorneys for Defendants COUNTY OF ORANGE, a public entity, TYLER HILSABECK, FANY RIVERA, S. ACEVEDO, LLOYD NGUYEN, STEVEN ALEGRIA, J. ASCENCION-SAHAGUN, J. CASTELLANO, R. MACIAS, W. WILFERT, and B. KUNST, as employees of COUNTY OF ORANGE, a public entity |

Pursuant to Local Rule 5-4.3.4(a)(2), I, Tracy Lewis, attest that Humberto M. Guizar and Brian A. Moore concur with the contents of this Stipulation for Dismissal and have authorized the filing of same.

| | | |
|---|---|---|
| 15 | DATED: August 3, 2021 | WOOD, SMITH, HENNING & BERMAN LLP |
| 17 | | By: ___*/s/ Tracy M. Lewis*___ |
| 18 | | TRACY M. LEWIS<br>Attorney for Defendants, MICHAEL FITZGERALD and KWAME BUABENG, M.D. (erroneously named as KWAME BAUBENG, M.D.) |

# PROOF OF SERVICE

**Diana Alvarez v. County of Orange, et al.**
**Case No. 8:19-cv-02072-JAK-JDE**

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 6A Liberty Street, Suite 200, Aliso Viejo, CA 92656.

On August 4, 2021, I served the following document(s) described as **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 4, 2021, at Aliso Viejo, California.

_____
Nanci A. Garcia

**SERVICE LIST**
**Diana Alvarez v. County of Orange, et al.**
**Case No. 8:19-cv-02072-JAK-JDE**

| | |
|---|---|
| Humberto M. Guizar, Esq.<br>Kent M. Henderson, Esq.<br>Angel Carrazco, Jr., Esq.<br>GUIZAR, HENDERSON & CARRAZCO, LLP<br>18301 Irvine Blvd.,<br>Tustin, CA 92780<br>Tel: (714) 541-8600/ Fax: (714) 541-8601<br>hendolaw@gmail.com<br>kent@carrazcolawapc.com<br>angel@carrazcolawapc.com<br>angelica@carrazcolawapc.com<br>chris@carrazcolawapc.com<br>ely@carrazcolawapc.com<br>tiffany@carrazcolawapc.com<br>ccontreras@ghclegal.com<br>hendolaw@gmail.com<br>hguizar@ghclegal.com<br>elopez@ghclegal.com<br>hendolaw@gmail.com<br>hendofam@cox.net<br>Attorneys for Plaintiff DIANA ALVAREZ | Daniel K. Spradlin, Esq.<br>Brian Moore, Esq.<br>WOODRUFF, SPRADLIN & SMART, APC<br>555 Anton Boulevard, Suite 1200<br>Costa Mesa, California 92626-7670<br>Tel: (714) 558-7000/ Fax: (714) 835-7787<br>dspradlin@wss-law.com<br>bmoore@wss-law.com<br>Attorneys for Defendants COUNTY OF ORANGE, a public entity, TYLER HILSABECK, FANY RIVERA, S. ACEVEDO, LLOYD NGUYEN, STEVEN ALEGRIA, and J. ASCENCION-SAHAGUN, as employees of COUNTY OF ORANGE, a public entity |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949-757-4500 ♦ FAX 949-757-4550

21795072.1:10652-0096

-2-

STIPULATION FOR DISMISSAL WITH PREJUDICE